JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RAMON SAMANO,  )
  )
  ) **Case No. CV 07-5512-GAF (CWx)**
  )
        Plaintiff,  )
  ) **JUDGMENT**
    v.  )
  )
KAISER FOUNDATION HEALTH  )
PLAN, INC., SOUTHER  )
CALIFORNIA PERMANENTE  )
MEDICAL GROUP, KAISER  )
FOUNDATION HOSPITALS,  )
  )
  )
        Defendants.  )
  )

   IT IS HEREBY ADJUDGED, DECREED AND ORDERED AS FOLLOWS:

   1. Plaintiff Ramon Samano shall take nothing by virtue of his claims for breach of plan, recovery of plan benefits, breach of COBRA duties and injunction as set forth in the Complaint in the above-captioned action;

   2. With respect to the claim for declaratory relief, the Court declares that Ramon Samano bears no additional responsibility or obligation to pay Providence Holy Cross Medical Center for treatment and services provided in

August and September 2006, and that, to the extent that Providence Holy Cross Medical Center makes any claim against him arising out of such treatment, Defendants are obligated to defend, indemnify, and hold Ramon Samano harmless with respect to any and all such claims.

    3. Each party to bear its own attorney's fees and costs.

DATED: April 1, 2010

_____
Judge Gary Allen Feess
United States District Court